UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 15, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID BENNETT,

Defendant.

Case No. 2:15-cr-00209-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAVID BENNETT__,

Case No. __2:15-cr-00209-JAM__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000, co-signed by Deborah Bennett

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Services conditions as stated on the record.

Issued at Sacramento, California on October 15, 2015 at 3:05 pm

By: _____

Magistrate Judge Carolyn K. Delaney